# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No:   CR 23-81 NEB/TNL |
| v. | |
| Sade Osman Hashi | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that Brian Karalus, shall appear as counsel of record for the Defendant, Sade Hashi, in this case.

Dated: 3-22-2023

/s/Brian Karalus
Brian Karalus #295073
Attorney for Defendant
401 N. 3rd Street, #650
Minneapolis MN 55401
(651) 247-7800
karaluslaw@gmail.com