# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: David T. Schultz | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 23-cr-81 NEB/TNL |
| | ) | Date: | April 13, 2023 |
| Sade Osman Hashi, | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 9E |
| Defendant, | ) | Time Commenced: | 1:30 p.m. |
| | | Time Concluded: | 1:34 p.m. |
| | | Time in Court: | 4 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert, Assistant U.S. Attorney
Defendant: Brian Karalus

X Retained

Date Charges Filed: 3/7/2023      Offense: Wire Fraud, money laundering and federal programs bribery

on      X Indictment

Additional Information:
-Defendant failed to appear for summons
-Government moves to issue bench warrant.
-Bench warrant issued.

s/aln
Signature of Courtroom Deputy
